CHAMBERS OF
JUDGE MORRIS E. LASKER

July 13, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

Re:   Calendar Year 2003 Filing

Dear Judge Lisi:

In answer to your letter dated July 7 regarding additional information on the Financial Disclosure Report, have supplied the following:

1.  Part VII, page 1, line 1:  The value for "Fleet Bank" should be "J" and the value method is "V" – the actual dollar amount received.

2.  Part VII, page 1, line 1: "Nationwide Mortgage" was not reported on the 2003 report because the mortgage on my residence was no longer owned by it, and I received no escrow interest from Nationwide Mortgage as I had in 2002.

3.  Part VII, page 1, line 4: "Bank of America" was listed in the 2002 report because I received interest from it which I did not receive in 2003.

I trust this information answers all your questions.

Very truly yours,

| AO-10 Rev. 1/2004 | | |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  LASKER, Morris E | 2. Court or Organization  U.S. District Court (D.MA) | 3. Date of Report  05/06/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Sr.) | 5. ReportType (check appropriate type)  ○ Nomination. Date 06/24/1968  ○ Initial ⦿ Annual ○ Final | 6. Reporting Period  01/01/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. Courthouse  1 Courthouse Way  Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

May 11 10 42 AM '04

RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LASKER, Morris E | 05/06/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| -1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LASKER, Morris E | 05/06/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fleet Bank | B | Interest | | | | | | | |
| 2. Royal Dutch | D | Dividend | J | T | | | | | |
| 3. Equi-Serve | A | Dividend | J | T | | | | | |
| 4. Prudential Financial | A | Dividend | J | T | | | | | |
| 5. DQE | A | Dividend | J | T | | | | | |
| 6. Anandarko | A | Dividend | J | T | | | | | |
| 7. Delphi Automotive | A | Dividend | J | T | | | | | |
| 8. Exxon | A | Dividend | J | T | | | | | |
| 9. General Motors | A | Dividend | J | T | | | | | |
| 10. EDS | A | Dividend | J | T | | | | | |
| 11. AT&T | A | Dividend | J | T | | | | | |
| 12. Union Pacific | A | Dividend | J | T | | | | | |
| 13. Scottish Power | A | Dividend | J | T | | | | | |
| 14. Exxon Mobil | B | Dividend | J | T | | | | | |
| 15. Freeport McMoran    Copper & Gold | A | Dividend | J | T | | | | | |
| 16. IBM | A | Dividend | J | T | | | | | |
| 17. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 18. Smucker JM Co. (New) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ 5/6/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544